*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellee,

v

GAIL ANN GUZIKOWSKI,

       Defendant-Appellant.

UNPUBLISHED
April 27, 2023

No. 359727
Manistee Circuit Court
LC No. 97-002707-FC

Before: CAMERON, P.J., and JANSEN and BORRELLO, JJ.

JANSEN, J. (*concurring*)

I concur in the result reached by the majority only, and write separately to clarify that the trial court had no basis to make the $69,838 restitution award of child support, medical expenses, and college tuition to the decedent's ex-wife and children. These individuals do not meet the definition of "victim" under MCL 780.766(1) under the version of the statute in effect at the time of resentencing, and no provision in MCL 780.766(4) allows for such restitution to be awarded. Therefore, I do not believe that a remand to the trial court for further proceedings is necessary, and I would vacate the award of restitution.

/s/ Kathleen Jansen